AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>John Candido Chavez<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:14mj55-WC<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 1, 2014,__ in the county of __Elmore__ in the __Middle__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 § 841(a)(1) | Possession with intent to distribute a controlled substance |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

GEORGE C RUSSELL TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/09/2014

_____
*Judge's signature*

City and state: Montgomery, AL

Wallace Capel, Jr., U.S. Magistrate Judge
*Printed name and title*