ORIGINAL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | CR. NO. 2:14-mj-55-WC |
|  | ) |  |
| JOHN CANDIDO CHAVEZ | ) |  |

## GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for detention for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    _____ 10 + year crime of violence (18 U.S.C. § 3156)

    _____ 10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

    _____ Maximum sentence of life imprisonment or death

    __x__ 10 + year drug offense

    _____ Felony, with two prior convictions in the above categories

    _____ Felony involving a minor victim

    __x__ Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

    _____ Failure to register as a sex offender (18 U.S.C. § 2250)

    __x__ Serious risk the defendant will flee

    __x__ Serious risk of obstruction of justice

2.  <u>Reason for Detention</u>

    The Court should detain defendant because there are no conditions of release which will reasonably assure:

    _____    Defendant's appearance as required

    __x__      Safety of any other person and the community

3.  <u>Rebuttable Presumption</u>

    The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

    _____    Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

    _____    Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

    _____    Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

    _____    Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B))

    _____    Probable cause to believe defendant committed 10 + year offense involving a minor victim

4.  <u>Time for Detention Hearing</u>

    The United States requests the Court conduct the detention hearing:

    At the initial appearance

    __x__      After continuance of <u>3</u> days

2

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 12th day of May, 2014.

                GEORGE L. BECK, JR.
                UNITED STATES ATTORNEY

                VERNE H. SPEIRS
                Assistant United States Attorney
                131 Clayton Street
                Montgomery, Alabama 36104
                334.223.7280
                334.223.7135 fax