IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:14mj55-WC |
| JOHN CANDIDO CHAVEZ | ) | |

**ORDER**

For good cause, it is

ORDERED that a **preliminary examination and detention hearing** is hereby set for **May 15, 2014 at 10:00 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

The defendant shall be held in custody of the United States Marshal and produced for the hearing.

Done this 12th day of May, 2014.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE