ORIGINAL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RE: IN THE MATTER OF THE COMPLAINT )
AGAINST JOHN CANDIDO CHAVEZ           )           CR. MISC. NO. **2:14-MJ-55-WC**

## O R D E R

For good cause shown it is hereby ORDERED, ADJUDGED, and DECREED that the affidavit in support of the search warrant be unsealed.

DONE this the _____ day of May, 2014.

_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE