IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:14mj55-WC |
| JOHN CANDIDO CHAVEZ | ) | |

# O R D E R

On May 15, 2014, pursuant to Federal Rules of Criminal Procedure 5.1, the court held a probable cause and detention hearing in this case. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed the offense. The court also determined, based on the evidence presented at the hearing, that the defendant failed to overcome the presumption that he is a danger to the community and a risk of flight. Therefore, the defendant will be detained pending resolution of the matter. Accordingly, it is

ORDERED that the defendant be bound over to the grand jury for further action.

Done this 15th day of May, 2014.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE